

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2018

No. 04-18-00402-CV

**IN THE ESTATE OF MARIA L. RAYNES, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013PC0369
The Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellant/cross-appellee's brief was originally due on September 12, 2018. On September 11, 2018, appellant/cross-appellee filed a motion for extension of time, which was granted, and appellant/cross-appellee's brief became due October 12, 2018. On October 5, appellant/cross-appellee filed a second motion for extension of time, which was also granted. We extended appellant/cross-appellee's briefing deadline to November 12, 2018. Appellant/cross-appellee has now filed a third motion for extension of time, requesting an additional thirty days in which to file her appellant's brief. We GRANT appellant/cross-appellee's motion for extension of time. Appellant/cross-appellee's brief is due on or before December 12, 2018. **Further extensions of time in which to file appellant/cross-appellee's brief are disallowed absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court